UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LICIA L. HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17CV02495 ERW |
| ) | |
| ASCENSION HEALTH ALLIANCE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Withdraw [10]. At the hearing on the motion held on October 16, 2017, at 11:00 a.m., the Court granted Plaintiff's motion. Plaintiff Licia Harper shall find new counsel, or inform the Court, in writing, she intends to proceed *pro se*, no later than November 16, 2017. Plaintiff shall immediately provide the Court with her contact information, including a telephone number at which she can be reached. If Plaintiff informs the Court she wishes to proceed *pro se*, the Court will arrange a telephone conference to speak with Plaintiff and defense counsel prior to proceeding with the case.

So Ordered this 16th day of October, 2017.

*/s/ E. Richard Webber*

**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**